United States District Court
District of CT

John Doe
v.
Yale University

FILED
2016 AUG 12 PM 4 03
U.S. DISTRICT COURT
NEW HAVEN, CT.

3:116CV1380(AWT)

## Notice of Related Cases

Jack Montague
v.
Yale University

John Doe
v.
Yale University

/s/ John Doe