UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
:
JOHN DOE,                                             :    CIVIL ACTION NO.
              :    3:16-cv-01380-AWT
              Plaintiff,          :
  -against-                                            :
              :
YALE UNIVERSITY,                                 :
              :
             Defendant.       :    November 4, 2016
---------------------------------------------------------------x

## APPEARANCE

    Please enter the appearance of ROBERT M. FLEISCHER on behalf of the Plaintiff, John Doe in the above-captioned action.

                  Respectfully submitted,

                  PLAINTIFF,
                  JOHN DOE


              By:     */s/ Robert M. Fleischer*
                  Robert M. Fleischer (CT11960)
                  Fleischer Law LLC
                  12 Centennial Drive
                  Milford, CT 06461
                  Tel: (203) 283-3369
                  Email: robf@ctnylaw.com

## **CERTIFICATE OF SERVICE**

Undersigned hereby certifies that a copy of the foregoing Appearance was filed electronically on November 4, 2016 via the Court's CM/ECF System. Notice of the filing will be sent by email to all parties by operation of the CM/ECF System or by mail to anyone unable to accept electronic filing. Parties may access the filing through the CM/ECF System.

                                              */s/ Robert M. Fleischer*
                                              Robert M. Fleischer (CT11960)