UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
: 
JOHN DOE,                              :   CIVIL ACTION NO.
                                       :   3:16-cv-01380-AWT
                Plaintiff,      :
  -against-                           :
                                       :
YALE UNIVERSITY,                       :
                                       :
                Defendant.      :   November 4, 2016
---------------------------------------------------------------x

## MOTION TO ADMIT SUSAN R. KAPLAN
## AS A VISITING ATTORNEY

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned attorney, duly admitted to practice before this Court, hereby moves that Susan R. Kaplan be permitted to practice as a visiting attorney to represent plaintiff John Doe (the "Plaintiff") in the above-captioned action. In support whereof, undersigned respectfully represents as follows:

    1.  Ms. Kaplan is principal of the law firm The Kaplan Law Office located at 30 Wall St., 8th Fl., New York, New York 10005.

    2.  Attached hereto as Exhibit "A" and incorporated herein by reference is a declaration, executed under penalty of perjury pursuant to 28 U.S.C. § 1746 by attorney Kaplan, setting forth the information required under D. Conn. L. Civ. R. 83.1(d).

    3.  The undersigned will act as local counsel for Plaintiff in this proceeding, upon whom all papers may be served in addition to attorney Kaplan. To the address to which all pleadings and communications may be sent is as follows:

                Robert M. Fleischer
                Fleischer Law LLC
                12 Centennial Drive
                Milford, CT 06461

        Tel: (203) 283-3369
        Email: robf@ctnylaw.com

4. The granting of this motion will not require modification of any scheduling order entered by the Court or the deadlines established by any standing order on scheduling.

**WHEREFORE**, the undersigned respectfully requests that this Court admit Susan R. Kaplan to practice as a visiting attorney before this Court to represent the Plaintiff on all matters related to this action.

    FLEISCHER LAW LLC

By:    */s/ Robert M. Fleischer*
    Robert M. Fleischer (CT11960)
    Fleischer Law LLC
    12 Centennial Drive
    Milford, CT 06461
    Tel: (203) 283-3369
    Email: robf@ctnylaw.com

*Attorney for Plaintiff John Doe*

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN DOE

    Plaintiff

No: 3:16cv1380(AWT)

vs.

YALE UNIVERSITY

    Defendant

November 4, 2016

## DECLARATION IN SUPPORT OF
## ADMISSION OF SUSAN R. KAPLAN PRO HAC VICE

I, SUSAN R. KAPLAN, HEREBY DECLARE, pursuant to 28 U.S.C. § 1746, in support of my admission as a visiting attorney, upon oath and penalty of perjury the following:

1. I am a principal of the law firm, The Kaplan Law Office, and trial counsel to the law firm of Robert M. Fleischer and Fleisher Law LLC, attorneys for plaintiff, JOHN DOE, in the above-captioned action, and I have knowledge of the facts in this affidavit which is submitted in support of the plaintiff's motion for my admission pro hac vice pursuant to Local Rule 83.1.

2. My business address is Susan Kaplan, Esq., 30 Wall St., 8th Fl., New York, NY 10005. My telephone number is 347.683.2505 and my email address is skaplan@lawkaplan.com. My office does not have a fax machine.

3. I am admitted to practice in the following jurisdictions:

    a. New York State Bar, Court of Admission: First Department since October 7, 1996;
    b. Unites States District Court, Eastern District of New York since November 17, 2003;
    c. United States District Court, Southern District of New York since November 17, 2003; and
    d. United States Court of Appeals for the Second Circuit since December 19, 2014.

My New York State Bar Registration Number is 277843 and my United States District Court Number is 1735.

4. Plaintiff desires that I participate, assist and speak *pro hac vice* as co-counsel in pre-trial, discovery and trial of this matter.

7. I am not presently, nor have I even been, subject to any disbarment or suspension proceedings and no disciplinary complaint has ever been filed against me. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court for any reason since first becoming licensed to practice law.

8. I have fully reviewed and am familiar with:
    a. The Federal Rules of Civil Procedure
    b. The Federal Rules of Criminal Procedure
    c. The Local Rules of Practice fir the United States District Court for the District of Connecticut, and
    d. The Connecticut Rules of Professional Conduct.

9. I designate and appoint attorney Robert M. Fleischer and Fleisher Law LLC, Milford, Connecticut, as my agent for service of process and I designate the District of Connecticut as the forum for resolution of any dispute arising out of this admission.

10. I will promptly notify this Court of any matter affecting my good standing as a member of the Bar of any other Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 4, 2016 at New York, New York.

_____
SUSAN R. KAPLAN

## **CERTIFICATE OF SERVICE**

      Undersigned hereby certifies that a copy of the foregoing Motion to Admit Susan R. Kaplan as a Visiting Attorney was filed electronically on November 4, 2016 via the Court's CM/ECF System. Notice of the filing will be sent by email to all parties by operation of the CM/ECF System or by mail to anyone unable to accept electronic filing. Parties may access the filing through the CM/ECF System.

                                                  */s/ Robert M. Fleischer*
                                              Robert M. Fleischer (CT11960)