# UNITED STATES DISTRICT COURT
for the
District of Connecticut

**John Doe**

*Plaintiff*

v.　　　　　　　　　　　Case No.　　**3:16 cv 1380 (AWT)**

**Yale University, David Post and Jason Killheffer**

*Defendant*

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Yale University, David Post and Jason Killheffer**.

Date:   **Mar 23, 2017**

**/s/ James M. Sconzo**

*Attorney's signature*

**James M. Sconzo, ct04571**

*Printed name and bar number*

**Carlton Fields Jorden Burt, P.A.**
**One State Street, Suite 1800**
**Hartford, CT 06103**

*Address*

**jsconzo@carltonfields.com**

*E-mail address*

**860-392-5022**

*Telephone number*

**860-392-5058**

*FAX number*

Rev. 5/4/2011

## CERTIFICATE OF SERVICE

I hereby certify that on **Mar 23, 2017**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ James M. Sconzo
_____
*Attorney's signature*