## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE, | : | CIVIL CASE NO. |
| | : | 3:16-cv-01380-AWT |
| Plaintiff, | : | |
| v. | : | |
| YALE UNIVERSITY, | : | AUGUST 17, 2018 |
| Defendant. | : | |

## DEFENDANT'S MOTION FOR ORDER REQUIRING PLAINTIFF TO PROCEED UNDER HIS REAL NAME

The Defendant, Yale University, respectfully requests that the Court enter an order requiring Plaintiff to proceed with his action under his own name instead of the pseudonym "John Doe." For the reasons set forth in the accompanying Memorandum of Law, Plaintiff has forfeited the privilege of proceeding with this case anonymously.

                                              DEFENDANT,
                                              YALE UNIVERSITY

By: */s/ James M. Sconzo*
     James M. Sconzo (ct04571)
     Jillian R. Orticelli (ct28591)
     CARLTON FIELDS
     One State Street, Suite 1800
     Hartford, CT  06103
     Tel.: 860-392-5000
     Fax: 860-392-5058
     Email:  jsconzo@carltonfields.com
             jorticelli@carltonfields.com

     Its Attorneys

**ORAL ARGUMENT REQUESTED**

**CERTIFICATION OF SERVICE**

This is to certify that on this 17th day of August, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                                     */s/ James M. Sconzo*
                                                     James M. Sconzo