# EXHIBIT J

### 2.2. Selection of Members

The deans of each school may nominate faculty members (of any rank) and managerial or professional employees for membership on the UWC. In the case of Yale College students, nominations by the Yale College Council will be submitted with appropriate supporting materials to the dean of Yale College, who will make his or her own recommendation to the provost. Similarly, the Graduate and Professional Student Senate will submit graduate and professional student nominations and supporting materials to the deans of the graduate and professional schools, who will make their own recommendation to the provost. The provost makes all final decisions regarding appointments.

### 2.3. Terms

Faculty members and managerial or professional employees are appointed to the UWC for terms of one year, which may be renewed. Student members are appointed to one- or two-year terms, depending on their availability and anticipated graduation dates. The chair is appointed to a three-year term. All members will be eligible for reappointment.

### 2.4. Training

All UWC members must participate in training. In addition, each year, returning UWC members must receive refresher training. Training topics include discussion of University resources for redress of sexual misconduct; sexual misconduct and equal employment, educational, and professional opportunity; methods of informal resolution; the interaction between University disciplinary processes and criminal processes; responding to retaliation; and other topics suggested by experts from within and outside the University.

# 3. Confidentiality and Honesty

The UWC and all members of the Yale community who are involved in a matter before the UWC are expected to maintain the confidentiality of its proceedings and the information obtained for those proceedings.[8] The Provost's Statement on the Confidentiality of UWC Proceedings elaborates on this expectation.

An individual who asks the UWC to address an informal complaint of sexual misconduct may request that the UWC keep the matter confidential from the accused or other persons involved in the events. In such a case, the UWC will take all reasonable steps to investigate and respond to the complaint consistent with that request. However, the UWC will not be able to hear a formal complaint unless the individual is willing to reveal the complaint (including his or her identity) to the accused party, the fact-finder, and the hearing panel (see Section 7, below). In some cases (for example, allegations of violence), the UWC may not be able to honor a request for confidentiality if doing so would endanger the safety or well-being of the complainant or other members of the Yale community. In addition, the University may not be able to preserve the complete confidentiality of UWC records in the event of litigation or a government investigation. Finally, an accused party may have access to sexual misconduct allegations that become part of his or her student record or personnel file, although in such cases the University will remove information identifying the complainant.

Parties and witnesses are expected to cooperate in the investigation of matters brought to the UWC. Parties and witnesses must provide truthful information in all phases of a UWC proceeding. Failure to provide truthful information or any attempt to impede the UWC process may result in a recommendation for a more severe penalty or a referral for discipline.