# EXHIBIT O

**\*\*CONFIDENTIAL\*\***

 Gmail

John Doe <givemenavoice@gmail.com>

## Yale was under federal investigation from April to Septem...
2 messages

---

Finnegan Schick (Google Docs) <d+MTA4NDI1MzA5ODIwNzY4MDIzNDA4-
MTE0NjU3NzEwMDIzNjc2NjM4NTAx@docs.google.com>
Reply-To: No Reply <d+noreply@docs.google.com>
To: givemenavoice@gmail.com

Thu, Oct 12, 2017 at
3:04 PM

---

Finnegan Schick added comments and suggestions to Yale was under federal
investigation from April to September of this year after an alumnusformer student filed a
complaint with the Department of Education's Office of Civil Rights alleging that the
University discriminated against him in its Title IX procedures because he was a man

New                          Resolved
1 comment                    1 comment, 12 accepted suggestions

New

Comments

    **John Doe**

September

I don't see an explanation of why the investigation ended in September anywhere
here. I think it's important to convey that they're deferring to the findings of the lawsuit.

    **Finnegan Schick**
Agreed — We have that included in the full story

**Reply          Open**

Resolved

Comments

    **John Doe**



EXHIBIT
92
6/19/18

**CONFIDENTIAL**

4/19/2018                               Gmail - Yale was under federal investigation from April to Septem...

 In the wake of these allegations, Yale placed Doe on probation

This sentence doesn't read right.

 **Finnegan Schick**
*Marked as resolved*

Reply          Open

Suggestions

 **John Doe**
Replace: *"overrides"* with *"conflict with"*

 **Finnegan Schick**
*Accepted suggestion*

Reply          Open

 **John Doe**
Add: *"s"*

 **Finnegan Schick**
*Accepted suggestion*

Reply          Open

 **John Doe**
Replace: *"is"* with *"ese"*

 **Finnegan Schick**
*Accepted suggestion*

Reply          Open

J  h  D
https://mail.google.com/mail/u/0/?ui=2&ik=fc8ff91aa0&jsver=37e3CQhPxHk.en.&view=pt&search=inbox&th=15f12ac97fbd2c38&siml=15f11f8ebc4afa5d&siml=15f12ac97fbd2c3

**\*\*CONFIDENTIAL\*\***

4/19/2018                                Gmail - Yale was under federal investigation from April to Septem...



**John Doe**
Replace: *"an appetitive or non-rational impulse"* with *"lust and a desire for power"*



**John Doe**
In the paper John states appetite and lust are allied against reason. appetite=lust, spirit=desire for power.



**Finnegan Schick**
*Accepted suggestion*

Reply            Open



**John Doe**
Add: *"civil"*



**Finnegan Schick**
*Accepted suggestion*

Reply            Open



**John Doe**
Add: *"for final approval"*



**Finnegan Schick**
*Accepted suggestion*

Reply            Open



**John Doe**
Add: *"After passing data and legals reviews,"*



**Finnegan Schick**
*Accepted suggestion*

Reply            Open

PL02001

**\*\*CONFIDENTIAL\*\***



**John Doe**
Replace: *"prevented"* with *"prohibited"*



**Finnegan Schick**
*Accepted suggestion*

Reply            Open



**John Doe**
Replace: *"including emails between Doe and Yale officials, as well as"* with *"Including"*



**John Doe**
Is it necessary to know that you have these personal emails? Its the equivalent of
outing me. I think documents and correspondence should suffice.



**Finnegan Schick**
*Accepted suggestion*

Reply            Open



**John Doe**
Add: *"and directed him to attend sensitivity training at Yale Health"*



**Finnegan Schick**
*Accepted suggestion*

Reply            Open



**John Doe**
Add: *"n"*



**Finnegan Schick**
*Accepted suggestion*

Reply            Open

PL02002

**\*\*CONFIDENTIAL\*\***

4/19/2018                                          e was under federal investigation from April to Septem...



**John Doe**
Replace: *"former student"* with *"alumnus"*



**John Doe**
former student makes it sounds like John was expelled.



**Finnegan Schick**
*Accepted suggestion*

Reply            Open

Google Inc. 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in the updated discussion threads. Change what Google Docs sends you. You can not reply to this email.



---

Finnegan Schick (Google Docs) <d+MTA4NDl1MzA5ODlwNzY4MDlzNDA4-                        Thu, Oct 12, 2017 at
MTE0NjU3NzEwMDlzNjc2NjM4MNTAx@docs.google.com>                                          6:20 PM
Reply-To: No Reply <d+noreply@docs.google.com>
To: givemenavoice@gmail.com

Finnegan Schick resolved comments and suggestions in Yale was under federal
investigation from April to September of this year after an alumnusformer student filed a
complaint with the Department of Education's Office of Civil Rights alleging that the
University discriminated against him in its Title IX procedures because he was a man

Resolved
3 comments, 27 accepted suggestions

Resolved

Comments



**John Doe**
alleges

The above two paragraphs should go before the sentence "After initially cooperating..."

**CONFIDENTIAL**

4/19/2018                                   Gmail - Yale was under federal investigation from April to Septem...


**Finnegan Schick**
*Marked as resolved*

Reply        Open


**John Doe**

recommended — but did not order

LOL. She didn't tell John at the time this was optional. She made it seem like an order. Please change recommended to something more stern, like "directed." She intimidated John into agreeing. Do you have another source that says she recommended but did not order? She's only allowed to recommend, but she bullied John into it.


**Finnegan Schick**
*Marked as resolved*

Reply        Open


**John Doe**

case

Is it possible to add on the conclusion of the other paragraph too? John concluded there: "It is improbable that it would be the case that rapists are universally not in touch with a reason telling them that their conduct is counter to reason."


**Finnegan Schick**
*Marked as resolved*

Reply        Open

Suggestions


**John Doe**
Add: *"and that with genders reversed, John would be seen as the victim and Jane as the aggressor."*


**John Doe**
It's important to note that Rubenfeld and the lawsuit are both arguing not just that John was the victim of sexual abuse, but that John was was the victim of the very claim Jane alleged: nonconsensual sex. If Jane were a dude, the UWC would have demanded that she receive consent from John before climbing on top of him; which

**CONFIDENTIAL**

demanded that she receive consent from John before climbing on top of him; which
she did not receive because John only made the request as a victim of harassment.


**Finnegan Schick**
*Accepted suggestion*

Reply          Open


**John Doe**
Add: *"Campus"*


**Finnegan Schick**
*Accepted suggestion*

Reply          Open


**John Doe**
Add: *"According to the lawsuit, John's counter-complaints that Sally fabricated her
allegations were dismi…"*


**John Doe**
I think this is important.


**Finnegan Schick**
*Accepted suggestion*

Reply          Open


**John Doe**
Add: *"did not make a finding against John, but"*


**Finnegan Schick**
*Accepted suggestion*

Reply          Open

PL02005

**\*\*CONFIDENTIAL\*\***

4/19/2018                    Gmail - Yale was under federal investigation from April to Septem...



**John Doe**
Add: *"Sally"*



**Finnegan Schick**
*Accepted suggestion*

Reply        Open



**John Doe**
Delete: *"Roe later withdrew her claim, said she had willfully gone to bed with Doe and"*



**John Doe**
This confuses Jane and Sally. Sally never withdrew her complaint or said she went to bed willingly.



**Finnegan Schick**
*Accepted suggestion*

Reply        Open



**John Doe**
Replace: *"April"* with *"November"*



**Finnegan Schick**
*Accepted suggestion*

Reply        Open



**John Doe**
Delete: *"later"*



**Finnegan Schick**
*Accepted suggestion*

Reply        Open

PL02006

**\*\*CONFIDENTIAL\*\***

 **John Doe**
Delete: *"urged Miller to reduce the punishment to probation"*

 **John Doe**
He urged them to throw the whole case out. He only mentioned probation with regard to the dirty talk, and even then he said he did not think this would be at all fair.

 **Finnegan Schick**
*Accepted suggestion*

Reply          Open

 **John Doe**
Add: *"…"I want to stress as strongly as possible that, in my judgment, reasonable people will be very trou…"*

 **John Doe**
I think this adds a nice touch the first quote doesn't quite reach.

 **Finnegan Schick**
*Accepted suggestion*

Reply          Open

 **John Doe**
Replace: *"not to"* with *"Instead to get into his bed after his request for sex because she wanted John to be nice to her."*

 **Finnegan Schick**
*Accepted suggestion*

Reply          Open

 **John Doe**
Delete: *"fact-finder"*

**\*\*CONFIDENTIAL\*\***



**John Doe**
Her original statement you quote earlier was made directly to the UWC in her complaint, not to the factfinder.



**Finnegan Schick**
*Accepted suggestion*

Reply          Open



**John Doe**
Delete: *"ual encounter"*



**Finnegan Schick**
*Accepted suggestion*

Reply          Open



**John Doe**
Delete: *"a"*



**Finnegan Schick**
*Accepted suggestion*

Reply          Open



**John Doe**
Replace: *"initiated"* with *"requested"*



**John Doe**
a key part of the suit is that John only asked for sex, but Jane was the one who physically initiated it, in her own words. According to the factfinder's report as quoted in the suit, she actually got on top of John.



**Finnegan Schick**
*Accepted suggestion*

Reply          Open

**CONFIDENTIAL**

4/19/2018

Reply          Open          ̇e was under federal investigation from April to Septem...



**John Doe**
Replace: *"the pair argued,"* with *"Jane followed John to his bedroom and refused to leave,"*



**Finnegan Schick**
*Accepted suggestion*

Reply          Open



**John Doe**
Replace: *"ing"* with *"ed"*



**Finnegan Schick**
*Accepted suggestion*

Reply          Open



**John Doe**
Add: *"much of"*



**John Doe**
There was at least one break in the relationship. Oddly the conflict over the sex with Sally was akin to the conflict between Rachel and Ross in Friends over whether one is allowed to sleep with a third party in a break.



**Finnegan Schick**
*Accepted suggestion*

Reply          Open



**John Doe**
Delete: *"out"*



**Finnegan Schick**
*Accepted suggestion*

**\*\*CONFIDENTIAL\*\***



Reply          Open



**John Doe**
Delete: *"out"*



**Finnegan Schick**
*Accepted suggestion*

Reply          Open



**John Doe**
Replace: *"romantic"* with *"sexual"*



**Finnegan Schick**
*Accepted suggestion*

Reply          Open



**John Doe**
Replace: *"recommended — but did not order"* with *"directed"*



**Finnegan Schick**
*Accepted suggestion*

Reply          Open



**John Doe**
Add: *"later clarifying: " about a paper you submitted in a class.""*



**Finnegan Schick**
*Accepted suggestion*

**CONFIDENTIAL**

4/19/2018                                        Gmail   Yale was under federal investigation from April to Septem...
                    **Reply**           **Open**



**John Doe**
Replace: *"."* with *","*



**Finnegan Schick**
*Accepted suggestion*


            **Reply**           **Open**



**John Doe**
Add: *"The lawsuit claims this comment was relevant to a paper Doe wrote where he argued that philosophers,…"*



**John Doe**
I think this paragraph is important, because it highlights that according to the lawsuit, the comment was not because John was hitting on his TA, but simply a comment made in good natured fun to explicate a point in the paper John was writing.



**Finnegan Schick**
*Accepted suggestion*


            **Reply**           **Open**



**John Doe**
Replace: *"the"* with *"a"*



**Finnegan Schick**
*Accepted suggestion*


            **Reply**           **Open**



**John Doe**
Add: *"Doe concluded: "It is improbable that it would be the case that rapists are universally not in touch…"*



**John Doe**

PL02011

**\*\*CONFIDENTIAL\*\***

 Adding in this quote from the later paragraph would emphasize that John was not advocating for rape, a conclusion many WSJ readers had.

 **Finnegan Schick**
*Accepted suggestion*

**Reply**          **Open**

Google Inc. 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in the updated discussion threads. **Change what Google Docs sends you.** You can not reply to this email.

Google

Google  **logo.png**
**1K**

PL02012