UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE, | : | CIVIL CASE NO. |
| | : | 3:16-cv-01380-AWT |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, | : | AUGUST 31, 2018 |
| | : | |
| Defendant. | : | |

## MOTION FOR MISCELLANEOUS RELIEF AS TO YALE'S MOTION TO COMPEL DISCOVERY DATED AUGUST 7, 2018 (DOC. NO. 109)

The Defendant, Yale University ("Yale"), submits this request regarding Yale's Motion to Compel Discovery dated August 7, 2018 (Doc. No. 109), now pending before the Court (*Merriam, U.S.M.J.*). With the Court's indulgence, Yale asks that resolution of this motion be held in abeyance while the parties participate in good faith settlement efforts.

The parties are scheduled to attend private mediation on Thursday, September 6, 2018. Yale understands the parties to have reached an agreement regarding the subject matter of the Motion to Compel Discovery dated August 7, 2018 (Doc. No. 109), but does not yet have Plaintiff's compliance. Yale expects Plaintiff's compliance if the case does not resolve at mediation.

Yale will inform the Court promptly of the outcome following mediation. Counsel is available, should the Court want to hear from the parties.

**ORAL ARGUMENT NOT REQUESTED**

                        DEFENDANT,
                        YALE UNIVERSITY

By: */s/ Jillian R. Orticelli*
     James M. Sconzo (ct04571)
     Jillian R. Orticelli (ct28591)
     CARLTON FIELDS
     One State Street, Suite 1800
     Hartford, CT  06103
     Tel.: 860-392-5000
     Fax: 860-392-5058
     Email:  jsconzo@carltonfields.com
             jorticelli@carltonfields.com

Its Attorneys

## **CERTIFICATION OF SERVICE**

This is to certify that on this 31st day of August, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                                       */s/ Jillian R. Orticelli*
                                                      Jillian R. Orticelli